**HARALSON, MILLER, PITT,**
**FELDMAN & McANALLY, PLC**
Gerald Maltz, SBN 4908
One South Church Avenue, Suite 900
Tucson, Arizona  85701
Phone:  (520) 792-3836`
Fax:  (520) 624-5080
Email:  gmaltz@hmpmlaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J. SCOTT and BEVERLY CANDRIAN,<br><br>Plaintiffs,<br><br>v.<br><br>RS INDUSTRIES, INC.,<br><br>Defendant. | No. _____<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. § 1446, Defendant RS Industries, Inc., an Iowa corporation with its principal place of business in Iowa, hereby removes to this Court an action pending in the Superior Court for the State of Arizona, Pima County, brought by the plaintiffs, citizens of Arizona.  This Court has jurisdiction over the subject matter under 28 U.S.C. § 1332 – diversity of citizenship and amount in controversy.

1. On May 19, 2014, the plaintiff filed an action in the Superior Court of Arizona, Pima County, Case No. C2014-2801.  Waiver of service was accepted on May 27, 2014.  Attached as Exhibit A are true and correct copies of all pleadings

previously filed in Superior Court consisting of:  Complaint, Cover Sheet, Certificate of Compulsory Arbitration, Notice of Lawsuit and Request for Waiver of Service; Waiver of Service.

2. Removal is proper under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 exclusive of interests and costs.  The plaintiffs are citizens of the State of Arizona.  The defendant is a citizen of the State of Iowa.  Defendant is incorporated in Iowa and its principal place of business is in Iowa.

3. Removal is timely under 28 U.S.C. § 1446(b), as service was accepted on May 27, within 30 days of the filing of this Notice.

4. This Court is the proper Court to which the action should be removed pursuant to 28 U.S.C. § 1441(a) because the original action was filed in Pima County Arizona within the territorial jurisdiction of this Court and the Tucson Division.

5. Defendant has served a copy of this Notice on Plaintiffs in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice was also filed with the Clerk of the Superior Court, Pima County as required by L.R.Civ. 3.7(a).

Dated this 24th day of June, 2014.

        HARALSON, MILLER, PITT,
        FELDMAN & McANALLY, PLC


        By___/s/ Gerald Maltz_____
           Gerald Maltz
           Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service:

Michael J. Rusing
P. Andrew Sterling
Rusing Lopez & Lizardi, PLLC
6363 N. Swan Road, Suite 151
Tucson, AZ  85718
Attorneys for Plaintiffs

 /s/ Nancy Cohn_____